# ALABAMA COURT OF CRIMINAL APPEALS



January 31, 2025

**CR-2023-0925**

Rocshelle Howard v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-20-437)

## NOTICE

You are hereby notified that on January 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk